ANNA FONTAINE *vs*. MAINELAND STAGES, INC.

DENIS FONTAINE *vs*. MAINELAND STAGES, INC.

York County. Decided July 17, 1935. On defendant's motion. The majority of the Court failing to agree, verdict for plaintiff must stand. Motion overruled. *Louis B. Lausier, William P.*

*Donahue,* for plaintiff. *John J. Connor, Jr., Waterhouse, Titcomb & Siddall,* for defendant.